## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## OCALA DIVISION

**RICHARD T. LIETO,**

     **Plaintiff,**

**v.**                                         **Case No:  5:12-CV-554-Oc-18PRL**

**COMMISSIONER OF SOCIAL
SECURITY**

     **Defendant.**

_____

### REPORT AND RECOMMENDATION[1]

     This cause is before the Court on Plaintiff's Unopposed Motion to Withdraw Complaint (Doc. 15).  Pursuant to Federal Rule of Civil Procedure 41(a), Plaintiff requests that the Court dismiss this action without prejudice.  Defendant has filed its Answer, but the Answer does not allege a counterclaim against Plaintiff.

     Accordingly, it is respectfully **RECOMMENDED** that Plaintiff's Motion (Doc. 15) be **GRANTED** and Plaintiff's Complaint (Doc. 1) be **DISMISSED without prejudice**.

     **IN CHAMBERS** in Ocala, Florida on February 7, 2013.

PHILIP R. LAMMENS
United States Magistrate Judge

Copies furnished to:

     The Honorable G. Kendall Sharp
     Counsel of Record

_____

[1] Specific written objections may be filed in accordance with 28 U.S.C. § 636, and Rule 6.02, Local Rules, M.D. Fla., within fourteen (14) days after service of this report and recommendation.  Failure to file timely objections shall bar the party from a *de novo* determination by a district judge and from attacking factual findings on appeal.