UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

RICHARD T. LIETO

        Plaintiff,

-vs-                                               Case No. 5:12-cv-554-OC-18PRL

COMMISSIONER OF SOCIAL
SECURITY

        Defendant.

## ORDER

The case was referred to the United States Magistrate Judge for report and recommendation on Plaintiff's Unopposed Motion to Withdraw Complaint (Doc. 15). The Court having reviewed the report and recommendation of the magistrate judge, and there being no objections to the report filed, it is hereby

**ORDERED** that the report and recommendation of the magistrate judge is hereby **APPROVED**. The Motion (Doc. 15) is **GRANTED** and Plaintiff's Complaint (Doc. 1) is **DISMISSED** without prejudice. Clerk of the Court is directed to CLOSE the case.

It is **SO ORDERED** in Orlando, Florida, this ___4___ day of March, 2013.

G. KENDALL SHARP
Senior United States District Judge

Copies to:

Counsel of Record